**HILLMAN PERIODICALS, Inc., Appellant, v. Marcella CUNNIFF.**

No. 14261.

United States Court of Appeals
Eighth Circuit.

May 3, 1951.

Charles H. Luecking, St. Louis, Mo., for appellant.

Rudolph K. Schurr, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution.